IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BENJAMIN J. McGEE,<br><br>   Plaintiff,<br><br>v.<br><br>MIKE MORRIS and JESSIE PALMER,<br><br>   Defendants. | Civil Action 7:10-CV-126 (HL) |

### ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 34) entered on June 26, 2012. Judge Langstaff recommends that the Motion for Summary Judgment filed by Defendants Morris and Palmer (Doc. 25) be granted.

Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds no error. The Recommendation is accepted and adopted. Defendants' Motion for Summary Judgment (Doc. 25) is granted.

**SO ORDERED**, this the 19th day of July, 2012.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh